Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
SHELLY AGNOLETTO

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| SHELLY AGNOLETTO<br><br>    Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC.,<br><br>    Defendant. | **Case No.:** 5:17-CV-01671 |

**NOTICE OF SETTLEMENT**

Plaintiff, SHELLY AGNOLETTO, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED: October 12, 2017        AGRUSS LAW FIRM, LLC

By: /s/ Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff
SHELLY AGNOLETTO

1

**CERTIFICATE OF SERVICE**

  On October 12, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Courtney C. Wenrick, at ccw@severson.com.

          By:  /s/  Michael S. Agruss
              Michael S. Agruss