Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
SHELLY AGNOLETTO

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| SHELLY AGNOLETTO<br><br>            Plaintiff,<br>    v.<br><br>ALLY FINANCIAL, INC.,<br><br>            Defendant. | **Case No.:** 5:17-CV-01671 |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, SHELLY AGNOLETTO, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, ALLY FINANCIAL, INC.

RESPECTFULLY SUBMITTED,

DATED:  November 13, 2017        AGRUSS LAW FIRM, LLC


By: /s/  Michael S. Agruss
    Michael S. Agruss
    Attorney for Plaintiff
    SHELLY AGNOLETTO

1

**CERTIFICATE OF SERVICE**

    On November 13, 2017, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Courtney C. Wenrick, at ccw@severson.com.

By:  /s/ Michael S. Agruss
        Michael S. Agruss